MICHAEL J. KANE, an Infant, by MICHAEL KANE, His Guardian ad Litem, Appellant, v. SPERRY & BEALE COMPANY, Respondent.— Judgment reversed and new trial granted, costs to abide the event on authority of Grimshaw v. Lake Shore & M. S. R. Co. (205 N. Y. 371). (See, also, Adams v. Tozer, 163 App. Div. 751; Nudelman v. Borden's Condensed

---

* Consol. Laws, chap. 30 (Laws of 1909, chap. 35), § 775.— [REP.

*Milk Co.*, 77 Misc. Rep. 103.)  Carr, Stapleton, Mills, Rich and Putnam, JJ., concurred.